**UNITED STATES of America,
Plaintiff—Appellee,**

**v.**

**Kurt Shawn HANEIPH, Defendant—
Appellant.**

No. 08–7524.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2008.

Decided: Dec. 1, 2008.

Kurt Shawn Haneiph, Appellant Pro Se.
William Neil Hammerstrom, Jr., Assistant
United States Attorney, Alexandria, Virgi-
nia, for Appellee.

Before MOTZ and GREGORY, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kurt Haneiph appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Haneiph*, No. 1:96–cr–00227–CMH–1 (E.D. Va. filed July 14, entered July 15, 2008).

We grant Haneiph's motion to file a supplemental appendix. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*